The People of the State of New York, Respondent,
against
Nestor Omana, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Guy H. Mitchell, J.), rendered April 13, 2015, convicting him, upon his plea of guilty, of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (Guy H. Mitchell, J.), rendered April 13, 2015, affirmed.
The accusatory instrument was not jurisdictionally defective. Giving the instrument "a fair and not overly restrictive or technical reading" (People v Casey, 95 NY2d 354, 360 [2000]), we find that the instrument contained nonconclusory factual allegations providing reasonable cause to believe and a prima facie case that defendant committed the offenses of petit larceny (see Penal Law § 155.25) and criminal possession of stolen property in the fifth degree (see Penal Law § 165.40). Contrary to defendant's present contentions, allegations that he "conceal[ed]" certain store merchandise "under [his] jacket", and "attempt[ed] to leave the store in possession of the property without paying for it" are nonconclusory and do not require any further explanation (see People v Livingston, 150 AD3d 448, 449 [2017], lv denied 29 NY3d 1093 [2017]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concurI concurI concur

Decision Date: September 28, 2017